UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAGGIE GALLANT and AGENCY FOR THE PERFORMING ARTS, INC. | ) | |
| Petitioners, | ) | |
| v. | ) | CIVIL ACTION NUMBER: 1:16-cv-00689-CC |
| CMGRP, INC. d/b/a ROGERS & COWAN, | ) | |
| Respondent. | ) | |

**PETITIONERS' EMERGENCY MOTION TO**
**REMAND FOR LACK OF SUBJECT MATTER JURISDICTION**

Respondent CMGRP, Inc. ("CMGRP") removed this declaratory judgment petition (Doc. No. 1 and 1-1) despite the clear absence of subject matter jurisdiction in this Court. See Doc. No. 7–1, Petitioners' Memorandum In Support of Motion to Remand, filed herewith. In a transparent attempt to deny Petitioner Gallant her rights to work in Georgia under Georgia law, CMGRP, simultaneously with its Notice of Removal, sued Gallant and here employer, Petitioner Agency for the Performing Arts, Inc. ("APA") in New York. See Doc. No. 4-1 at its Ex. 7 (CMGRP's New York Complaint).

Petitioners request, pursuant to Local Rule 7.2.B, that the Court waive the time requirements of L.R. 7.1.B & C., giving CMGRP a total of 17 days, through Monday, April 11, 2016, to respond, and Petitioners another 14 days thereafter to file a reply brief. An expedited hearing is required because Respondents' responsive pleadings in CMGRP's New York suit are due April 11, 2016. If the Motion to Remand is granted, O.C.G.A. §§ 9-2-46(a) and 9-4-5 will give prompt attention to this matter in Fulton County Superior Court, likely foreclosing any proceedings against Petitioners in New York, and securing the "just, speedy and inexpensive" determination of this dispute. Fed.R.Civ.P. 1.

Petitioners offer good cause for this Emergency Motion and expedited consideration of Petitioners' Motion to Remand. L.R. 7.2.B. Petitioners respectfully request that the Court set this matter for hearing at the first availability on the Court's calendar before close of business on Friday, April 8, 2016.

Respectfully submitted this 24th day of March 2016.

BODKER, RAMSEY, ANDREWS,
WINOGRAD & WILDSTEIN, P.C.

By: /s/ Robert E. Rigrish
Robert E. Rigrish
Georgia Bar No. 605573
Harry J. Winograd
Georgia Bar No. 770926
One Securities Centre

3490 Piedmont Road
Suite 1400
Atlanta, Georgia 30305
404-351-1615 [telephone]
404-352-1285 [fax]
rrigrish@brawwlaw.com [e-mail]

Attorneys for Plaintiffs

Certificate of Service

I hereby certify that I have this 24th day of March 2016 electronically filed the foregoing Emergency Motion to Remand for Lack of Subject Matter Jurisdiction with the Clerk of Court using the CM/ECF system, which will send notification to the following CM/ECF participants, counsel for Respondents:

John W. Egan
Robert S. Whitman
SEYFARTH SAHW, LLP
620 Eight Avenue
P.O. Box 10018
New York, NY 10018-1405

Alexander C. Meier
Daniel P. Hart
SEYFARTH SAHW, LLP
Suite 2500
1075 Peachtree Street, NE
Atlanta, GA 30309

By: /s/ Robert E. Rigrish