**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MAGGIE GALLANT and AGENCY FOR THE PERFORMING ARTS, INC., | ) | CIVIL ACTION NO. 1:16-cv-00689-CC |
| Plaintiffs, | ) | |
| v. | ) | |
| CMGRP, INC. d/b/a ROGERS & COWAN, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE REGARDING PLAINTIFFS' REQUEST FOR EMERGENCY TREATMENT OF MOTION TO REMAND**

Defendant CMGRP, Inc. ("CMGRP") respectfully notifies this Court of its opposition to Plaintiffs' request for expedited treatment of Plaintiffs' "Emergency" Motion to Remand [Dkt. No. 7]. Plaintiffs' request is without merit, as this matter does not present any "emergency" circumstances that would warrant an expedited briefing schedule.

In support of their request, Plaintiffs argue that this Court should decide their Motion to Remand on an expedited basis because they are required to file responsive pleadings in the pending New York action by April 11, 2016. (*See* Dkt. No. 7 at 2.) This is true but irrelevant. Plaintiffs will be obligated to file those responsive pleadings regardless of this Court's decision on the Motion to Remand in the instant action. The pendency of the New York action has no bearing on the

timing of Plaintiffs' current Motion and does not justify a deviation from the usual time periods for briefing motions in this Court.

Accordingly, CMGRP respectfully requests that this Court deny Plaintiffs' request for expedited treatment.

Respectfully submitted,

CMGRP, INC.

By: */s/ Daniel P. Hart*

Daniel P. Hart (Ga. Bar No.141679)
dhart@seyfarth.com
Alex Meier (Ga. Bar No. 282350)
ameier@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309-3958

Robert S. Whitman (*pro hac vice*)
John W. Egan (*pro hac vice*)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018

Date: March 25, 2016

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 25th day of March 2016 electronically filed the foregoing **Defendant's Notice Regarding Plaintiffs' Request for Emergency Treatment of Motion to Remand** with the Clerk of Court using the CM/ECF system, which will send notification to the following CM/ECF participants, counsel for Plaintiffs:

Robert E. Rigrish
Harry J. Winograd
Bodker, Ramsey, Andrews, Winograd & Wildstein, P.C.
One Securities Centre
3490 Piedmont Road
Suite 1400
Atlanta, Georgia 30305

*Daniel P. Hart*