UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAGGIE GALLANT and AGENCY FOR THE PERFORMING ARTS, INC. | ) | |
| Petitioners, | ) | |
| v. | ) | CIVIL ACTION NUMBER: 1:16-cv-00689-CC |
| CMGRP, INC. d/b/a ROGERS & COWAN, | ) | |
| Respondent. | ) | |

**PETITIONERS MOTION FOR LEAVE TO AMEND AND FOR ENTRY OF DECLARATORY JUDGMENT**

Petitioners Maggie Gallant and Agency for the Performing Arts, Inc. ("APA") move the Court, pursuant to Fed.R.Civ.P. 15(a)(2), for leave to amend their Verified Petition for Declaratory Judgment (Doc. No. 1-1) to conform with Fed.R.Civ.P. 8(a) and 28 U.S.C. § 2201 and fully describe the matters placed in dispute by Respondent's submissions on which Petitioners seek a declaratory judgment and ancillary equitable relief. If the Court finds it has subject matter jurisdiction, denying Petitioners Emergency Motion to Remand for Lack of Subject Matter Jurisdiction (Doc. No. 7), Petitioners also move, pursuant to Fed.R.Civ.P. 57 and 28 U.S.C. § 2201, for entry of an Order granting Petitioners a Declaratory

Judgment declaring the restrictive covenants Respondents seek to enforce against Petitioner Maggie Gallant void under Georgia law and providing ancillary injunctive relief. In support of their Motion, Petitioners tender their Memorandum in Support of Motion for Leave to Amend and for Declaratory Judgment (Doc. NO. 13-1) and their proposed Amended Petition (Doc. No. 13-2).

Respectfully submitted this 28th day of March 2016.

BODKER, RAMSEY, ANDREWS,
WINOGRAD & WILDSTEIN, P.C.

By: /s/ Robert E. Rigrish
Robert E. Rigrish
Georgia Bar No. 605573
Harry J. Winograd
Georgia Bar No. 770926
One Securities Centre
3490 Piedmont Road
Suite 1400
Atlanta, Georgia 30305
404-351-1615 [telephone]
404-352-1285 [fax]
rrigrish@brawwlaw.com [e-mail]

Attorneys for Petitioners

Certificate of Service

I hereby certify that I have this 28th day of March 2016 electronically filed the foregoing Motion and its supporting documents with the Clerk of Court using the CM/ECF system, which will send notification to the following CM/ECF participants, counsel for Respondents:

John W. Egan
Robert S. Whitman
SEYFARTH SAHW, LLP
620 Eight Avenue
P.O. Box 10018
New York, NY 10018-1405

Alexander C. Meier
Daniel P. Hart
SEYFARTH SAHW, LLP
Suite 2500
1075 Peachtree Street, NE
Atlanta, GA 30309

By: /s/ Robert E. Rigrish