IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAGGIE GALLANT and AGENCY FOR THE PERFORMING ARTS, INC., | : | |
| Plaintiffs, | : | |
| vs. | : | CIVIL ACTION NO. 1:16-CV-0689-CC |
| CMGRP, INC. d/b/a ROGERS & COWAN, | : | |
| Defendant. | : | |

**ORDER**

The undersigned hereby **RECUSES** himself from the above-styled action. The Clerk is directed to reassign this action to another judge in accordance with the Internal Operating Procedures of this Court.

SO ORDERED this 1st day of April, 2016.

*s/ CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE